FILED

04/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0189

**IN THE SUPREME COURT OF THE STATE OF**

**MONTANA**

DISABILITY RIGHTS MONTANA

                Petitioners,

      v.

MONTANA JUDICIAL DISTRICTS 1-22, MONTANA
COURTS OF LIMITED JURISDICTION, MONTANA
DEPARTMENT OF CORRECTIONS, AND THE
MONTANA BOARD OF PARDONS AND PAROLE,

                Respondents.

No. OP 20-0189

**ORDER**

Upon consideration of Petitioner's Motion for Admission *Pro Hac Vice* for Darren

W. Johnson and the accompanying application of Darren W. Johnson, it is hereby **ORDERED**

that Petitioner's Motion for Admission *Pro Hac Vice* is hereby **GRANTED**.

**SO ORDERED** _____ day of _____, 2020.

_____

_____

_____

_____

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 7 2020